**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYDIA CRESPO** | ) | **Case No.** |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Honorable Judge** |
| | ) | |
| **v.** | ) | |
| | ) | **Jury Demand** |
| **JOHN DOE USBP AGENTS,** | ) | |
| **Defendants.** | ) | |

## COMPLAINT AT LAW

**NOW COME** the Plaintiff, JENNIFER LYDIA CRESPO, by and through her attorneys, Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, JOHN DOE USBP AGENTS, individually, states as follows:

## FACTS

1.      This action is brought pursuant to Bivens v. Four Unknown Named Agents, 403 U.S. 388 (1971), to redress deprivations of the civil rights of the Plaintiff, JENNIFER LYDIA CRESPO, accomplished by acts and/or omissions of the Defendants, JOHN DOE USBP AGENTS, committed under color of law.

2.      This court has jurisdiction pursuant to 28 U.S.C. § 1331. Venue is proper under 28 U.S.C. § 1391(e)(1)(C) because defendants are officers or employees of the United States acting in their official capacity under color of legal authority, and Plaintiff resides in this judicial district.

3.      The Plaintiff, JENNIFER LYDIA CRESPO, was at all relevant times a resident of the State of Illinois.

1

4. At all relevant times the Defendants, officers JOHN DOE USBP AGENTS, were duly appointed United States Border Patrol Agents acting within the scope of their employment and under color of law.

5. On October 4th, 2025, the Plaintiff, JENNIFER LYDIA CRESPO, traveled to the intersection of 4000 S. Kedzie Ave. in Brighton Park, Chicago, Illinois, to act as a legal observer during federal law enforcement operations

6. Upon arrival, the Plaintiff, JENNIFER LYDIA CRESPO, observed a heavily armed military-style vehicle, resembling a tank, accompanied by several unmarked vehicles, parked behind a line of heavily armed federal officers.

7. The Plaintiff, JENNIFER LYDIA CRESPO, assisted Chicago Police Department officers in encouraging protesters to remain on sidewalks and out of the street.

8. At some point, Chicago Police Department officers began arriving in groups at the south corner of the intersection at 40th and Kedzie and assumed crowd control responsibilities.

9. The Plaintiff, JENNIFER LYDIA CRESPO, and other attorneys present briefly spoke with a higher-ranking CPD officer, who confirmed that CPD was there to ensure that people could protest peacefully. At no point did any CPD officer become confrontational or draw a weapon.

10. The CPD officers formed a line between the heavily arms federal officers and the protestors. The Plaintiff, JENNIFER LYDIA CRESPO, encouraged protestors to remain on the sidewalk.

11. Without any audible warning or dispersal order, Defendants JOHN DOE USBP AGENTS deployed tear gas canisters and flashbang grenades into the crowd, causing a canister to land within feet of the Plaintiff and exposing her to tear gas and injuring her as a result.

2

12. The actions of Defendants JOHN DOE USBP AGENTS were malicious, willful and wanton and clearly not justified.

13. As a direct result of the tear gas deployment, The Plaintiff, JENNIFER LYDIA CRESPO, experienced difficulty seeing and breathing, and observed unmarked federal vehicles driving rapidly through the smoke with tires screeching.

14. The Plaintiff, JENNIFER LYDIA CRESPO, did not hear any audible warnings or dispersal orders before federal agents deployed tear gas, and observed absolutely no threat to federal law enforcement justifying the use of chemical agents.

## COUNT I — *Bivens*
## EXCESSIVE FORCE

1-14. Paragraphs 1 through 14 are incorporated as though fully stated herein.

15. Despite the fact that Plaintiff JENNIFER LYDIA CRESPO did not pose a threat to the Defendants while standing on the sidewalk alongside Chicago Police Department officers, Defendant JOHN DOE USBP AGENTS proceeded to deploy tear gas canisters and flashbang grenades in her immediate vicinity without warning.

16. The Plaintiff did not provoke said Defendants, was not engaged in any unlawful activity, and had in fact been actively assisting CPD in peacefully clearing protesters from the street prior to the deployment.

17. The aforesaid use of force by Defendants JOHN DOE USBP AGENTS was excessive, unprovoked, and unreasonable.

18. The actions and inactions of Defendants JOHN DOE USBP AGENTS were intentional, willful, and wanton.

19. Said actions violated the Plaintiff's Fourth Amendment rights to be free from excessive force.

3

20.     That as a direct and proximate result of the actions of the Defendants, the Plaintiff has suffered injuries and continues to suffer fear, emotional distress, anxiety, pain and suffering, and future pain and suffering.

**WHEREFORE**, pursuant to the Fourth Amendment and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), the Plaintiff, JENNIFER LYDIA CRESPO, prays that this Honorable Court enter judgment against the Defendants, JOHN DOE USBP AGENTS jointly and severally, in an amount of reasonable in compensatory damages and for punitive damages, plus costs.

## JURY DEMAND

Plaintiff, JENNIFER LYDIA CRESPO prays for trial by jury.

Respectfully submitted,

By:   /s/ Brian M. Orozco
One of the Attorneys for Plaintiff

Brian M. Orozco
Gregory E. Kulis & Associates Ltd.
134 N. LaSalle Street,, Suite 444
Chicago, IL 60602
(312) 580-1830
(312) 580-1839 (Fax)
borozco@kulislawltd.com

Elizabeth Homsy (#6307858)
Supervising Attorney, CP4P Justice Cops.
The Legal Aid Society of Metropolitan Family Services
The Chicago Project
101 N. Upper Wacker Dr., 17th Floor
Chicago, IL 60606
Phone: (312) 502-6346
Fax: (312) 986-4016
homsye@metrofamily.org

4

CERTIFICATE OF SERVICE

I, Brian Orozco, attorney for Plaintiff, hereby certify that a copy of this Complaint was filed before 11:59pm on July 2, 2026,  using the Court's CM/ECF
filing system, which generates electronic notice to all parties of record in the case.

Respectfully submitted,

/s/ Brian M. Orozco
   One of Plaintiff's Attorneys

Brian M. Orozco
Gregory E. Kulis & Associates Ltd.
134 N. LaSalle Street,, Suite 444
Chicago, IL 60602
(312) 580-1830
(312) 580-1839 (Fax)
borozco@kulislawltd.com

5